IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ROVAR SOLAMER POLLARD,

    Plaintiff,

v.

                              ORDER

WISCONSIN DANE COUNTY JAIL,

                              Case No. 17-cv-573-jdp

    Defendant.

    Plaintiff Rovar Solamer Pollard has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed with prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than August 16, 2017. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Rovar Solamer Pollard may have until August 16, 2017 to submit a trust fund account statement for the period beginning approximately January 24, 2017 and ending approximately July 24, 2017. If, by August 16, 2017, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action

voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 25th day of July, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge